1118

**O. G. HARDMAN v. STATE.**

No. 20281.

Court of Criminal Appeals of Texas.

Jan. 4, 1939.

Garland Brown, of Kermit, and A. A. Brown, of Monahans, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for murder; penalty assessed at confinement in the penitentiary for fifteen years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Clell C. JOHNSON v. STATE.**

No. 20065.

Court of Criminal Appeals of Texas.

Jan. 4, 1939.

Earle C. Driskell, of Ennis, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of burglary, and his punishment assessed at two years' confinement in the penitentiary.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted, and the appeal ordered dismissed.

**John W. KEEVER, Appellant, v. STATE, Appellee.**

No. 19969.

Court of Criminal Appeals of Texas.

Oct. 19, 1938.

D. T. Moore, of Aquilla, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for passing a forged instrument, punishment assessed being two years in the penitentiary.

Appellant has filed his affidavit advising the court that he desired to prosecute his appeal no further, and accept his sentence.

At appellant's request the appeal is dismissed.

**Clyde LINNEY, Appellant, v. STATE, Appellee.**

No. 20129.

Court of Criminal Appeals of Texas.

Oct. 12, 1938.

Alvin Nemir, of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for passing a forged instrument, punishment assessed at confinement in the penitentiary for two years.

Appellant has filed his affidavit advising this court that he desires to accept his sentence and no further prosecute his appeal, and at his request his said appeal is dismissed.